# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

S.S., an Infant; LLOYD SCHOR, as legal guardian;
and ANDREA SCHOR, as legal guardian,

                                      Plaintiffs,

     v.                                            6:11-CV-0036
                                                              (GTS/GHL)

WHITESBORO CENTRAL SCHOOL DISTRICT;
DAVID LANGONE, Superintendent of Whitesboro
School District; MICHAEL DEUEL, Athletic Director
of Whitesboro Central School District; JEFFERY
KUHN, Principal of Whitesboro High School; and
HEATHER COLE, Coach of Whitesboro High
School Swim Team,

                                      Defendants.

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' Motion for Judgment on the Pleadings is GRANTED and plaintiffs' Amended Complaint is DISMISSED.  Judgment is hereby entered in favor of the defendants.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Glenn T. Suddaby, dated the 31st day of January, 2012.

DATED: January 31, 2012

                                                                        Clerk of Court

                                                                    s/ Melissa Ennis
                                                                    Melissa Ennis, Deputy Clerk